RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

184038

WALTER J. AVERY
_____
Full name and prison number
of plaintiff(s)

v.

Ope. Elgin3 Kirby
City Jerry Wilson
Lee Jay Jones - Sheriff
County Major Torbert
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:06CV960-W
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( ✓ )  NO (  )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) WALTER J. AVERY - 184038

            Defendant(s) Sherriff Jay Jones - Major
            Torbert

        2.  Court (if federal court, name the district; if
            state court, name the county) middle
            district in Mont.

3. Docket number _____

4. Name of judge to whom case was assigned I think Judge Coods

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) defendants filed motion for more time to file Special Report

6. Approximate date of filing lawsuit June 9th 2005

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Opelika City Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Opelika City Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. Elaine Kirby                  501 S. 10th St Op, AL.
2. Jerry Laldson                 501 S. 10th St Op AL.
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 10-9-06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The Judge gave me jail credit in court but the magistrate said I did not receve the credit.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I went to court the 19th of Sept for Driving While Lic. Revoked and Recieving Stolen prop. I recieved 90 days for DWLR and 30 for Recieving stolen prop. the 90 was suspended I was Arrested on the 7th of Sept. on charges.

**GROUND TWO:** upon being placed on probation for having the 90 days suspended and pay fines

**SUPPORTING FACTS:** the probation officer said the magistrate wrote down that the Judge Wilkes gave me 180 days for the DWLR and 90 for the Recieving stolen prop which is my first charge in this manner. I told them what the Judge gave me they said I have a misunderstanding

**GROUND THREE:** I was taken to County on 9th of Sept. on other charges, after being arrested on 7th of Sept.

**SUPPORTING FACTS:** I stayed in County from 9th Sept to 18th of Sept for which I'm not asking for Jail credit for City time (30days) on 18th Sept I was Sentenced by OP. City (30 days to Serve I went back to county and made bond on the 3rd of for which I am asking for credit. (16 days) and days I stayed in City untill I went to County (Sept. 7th to 9th) totaling 19 days. my City cases was not continued untill I made bond the Judge said my time was to start as of date of sentence. the magistrate said it wasn't.

3

(I was released from County before recieving special report on previous civil action suit. upon release I wrote letter to lawyer for defendants and to most courts, giving address for mail. I never recieved mail from lawyer for defendants or courts in

VI. **STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.**

Would like to Receive Justice in my Sentencing on the

_Walter J Avery 184038_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10-19-06
(Date)

_Walter J Avery 184038_
Signature of plaintiff(s)

4